**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 00-2134**

---

KENT J. ASHTON,

Petitioner,

versus

FEDERAL AVIATION ADMINISTRATION; CITY OF
CONCORD, NORTH CAROLINA,

Respondents.

---

**No. 01-1562**

---

KENT J. ASHTON,

Petitioner,

versus

FEDERAL AVIATION ADMINISTRATION; CITY OF
CONCORD, NORTH CAROLINA,

Respondents.

---

On Petition for Review of Orders of the Federal Aviation Adminis-
tration. (16-99-09, 16-00-01)

---

Submitted: September 13, 2001      Decided: September 20, 2001

Before WIDENER and WILLIAMS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Petitions denied by unpublished per curiam opinion.

Kent J. Ashton, Petitioner Pro Se.  Kenneth P. Quinn, Frank San Martin, FEDERAL AVIATION ADMINISTRATION, Washington, D.C.; Anthony Alan Yang, Michael Jay Singer, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C.; Keith J. Merritt, David Betts Hamilton, KILPATRICK STOCKTON, L.L.P., Charlotte, North Carolina, for Respondents.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

In these consolidated proceedings, Kent J. Ashton filed two petitions for review of final agency decisions issued by the Associate Administrator for Airports for the Federal Aviation Administration. We have reviewed Ashton's arguments, the record, and the orders issued by the Director, Office of Airport Safety and Standards, and the Associate Administrator and find no reversible error. Accordingly, we deny the petitions for review. We deny motions to strike informal briefs and grant Ashton's motion to file a corrected informal brief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITIONS DENIED